IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01493-MEH

THE WEITZ COMPANY, LLC,

      Garnishor/Plaintiff,

v.

TRANSPORTATION INSURANCE COMPANY, and
AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,

      Garnishees/Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2015.**

      Garnishee/Defendant's Motion to Amend the Case Caption [filed July 17, 2015; docket #13] is **granted**. The Clerk of the Court is ordered to amend the case caption to mirror the caption on this minute order, as this case presents the somewhat unusual situation of the removal of a garnishment action, creating the need for an atypical caption. *See generally Garcia v. Century Surety Co.*, No. 14-cv-01493-REB, 2014 WL 5314693 (D. Colo. Oct. 17, 2014).